# UNITED STATES DISTRICT COURT
## District of Minnesota

Leah Findlator

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 17cv5088 JNE/ECW

Allina Health Clinics

Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

1. Defendant Allina Health Clinics' motion for summary judgment [ECF No. 19] is GRANTED.

2. This action [ECF No. 4] is DISMISSED WITH PREJUDICE**.**

Date: 12/18/2018

KATE M. FOGARTY, CLERK

s/Jackie Ellingson

(By)   Jackie Ellingson, Deputy Clerk