# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Leah Findlator, | Civil No. 17-cv-05088 (JNE/ECW) |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL BY** |
| Allina Health Clinics, | **PLIANTIFF LEAH FINDLATOR** |
| Defendant. | |

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Leah Findlator in the above-named case appeals to the United States Court of Appeals for the Eighth Circuit. Leah Findlator appeals from an order of the U.S. District Court for the District of Minnesota that was entered on December 18, 2018 that: Not charging Leah Baruch with violating Allina's Violence-Free Workplace Policy while charging Leah Findlator for violating the policy was an omission that furthered no discriminatory scheme to terminate Leah Findlator; and finding that Leah Findlator and Leah Baruch were not similarly situated because Defendant chose to distinguish violent acts and threats by severity and concluded that shoving a co-worker was more serious than throwing a coat in the direction of a co-worker. The Court reached this decision despite Defendant's admission that Leah Bruch violated its Violence-Free Workplace Policy but was not charged for the violation,

the policy applies to <u>all</u> employees; and has zero tolerance for violence of threats of any kind.

January 14, 2019

<u>Michael Fondungallah</u>
Michael Fondungallah (310748)
Fondungallah & Kigham, LLC
2499 Rice Street Suit 154
Saint Paul, MN 55113
Tel: (651) 482-0520
Fax: (651) 482-0530
mfondungallah@fondlaw.com
